ACCEPTED
03-14-00774-CV
6511311
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 4:43:44 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00774-CV

_____

IN THE THIRD COURT OF APPEALS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/14/2015 4:43:44 PM
JEFFREY D. KYLE
Clerk

_____

**TEXAS STATE BOARD OF VETERINARY MEDICAL EXAMINERS, and NICOLE ORIA, in her Official Capacity as Executive Director**
*Appellants/Cross-Appellees*,

**v.**

**ELLEN JEFFERSON, D.V.M.,**
*Appellee/Cross-Appellant*.

_____

**On Appeal from the 127th Judicial District Court of Travis County, Texas
Cause No. D-1-GN-14-000287
The Honorable Gisela D. Triana presiding**

_____

**APPELLANTS'/CROSS-APPELLEES'
SUBSTITUTED MOTION TO EXTEND BRIEFING DEADLINE**

_____

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellants/Cross-Appellees, the Texas State Board of Veterinary Medical Examiners and Nicole Oria, in her Official Capacity as Executive Director ("Board"), by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorney General, requests an extension of time to and including September 11, 2015 in which to file and serve its response to the brief filed by Cross-Appellant Ellen Jefferson, D.V.M. ("Jefferson").

This motion is in lieu of the Board's Motion to Abate Appeal, etc. filed on August 10, 2015 (which is withdrawn).

In support, the Board would show the Court as follows:

1. The Board requests an extension of time to file its brief to September 11, 2015. (The Court has already granted Jefferson an extension to file her brief, to September 8.)

2. The reason for the request is that the undersigned counsel for Appellants and in-house counsel for the Veterinary Board have other deadlines and matters scheduled during July and August which have prevented them from fully addressing the issues raised in Jefferson's 61-page brief.

3. This Motion is not interposed for the purpose of delay, but only for the purpose of allowing counsel to adequately prepare and file the Board's brief and fully address the issues in this appeal.

4. Co-counsel for Jefferson has stated that he does not oppose this request for extension of time.

The Board respectfully requests this Court to extend its deadline to file its brief in response to Jefferson's brief, to September 11, 2015.

Dated: August 14, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Division Chief, Administrative Law Division

*/s/ Ted A. Ross*
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Facsimile: (512) 457-4674
Email: ted.ross@texasattorneygeneral.gov

*Attorneys for Appellants, Texas State Board of Veterinary Medical Examiners, and Nicole Oria, in her Official Capacity as Executive Director*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that I contacted counsel for Cross-Appellant and he stated that he does not oppose this motion.

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the 14th day of August 2015:

David F. Brown                          *Via: Electronic Service*
dbrown@ebblaw.com
David P. Blanke
dblanke@ebblaw.com
Zeke DeRose III
zderose@ebblaw.com
EWELL, BROWN & BLANKE, LLP
111 Congress Avenue, 28th Floor
Austin, Texas 78701

Ryan Clinton                            *Via: Electronic Service*
State Bar No. 24027934
DAVIS, GERALD & CREMER, P.C.
111 Congress Ave., Suite 1660
Austin, Texas 78701
rdclinton@dgclaw.com

*Attorneys for Cross-Appellant,*
*Ellen Jefferson, D.V.M.*

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General

4